IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00274-LTB
**REID HOLIDAY CARY-SADLER**,

    Plaintiff,

v.

**DENVER SHERIFF'S DEPARTMENT;**
**DENVER DOWNTOWN DETENTION CENTER** (then on shift staff); and
**DENVER SHERIFF'S DEPUTY FULLER**,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Reid Holiday Cary-Sadler, was detained at the Denver County Jail when he initiated this action on February 9, 2015 by submitting a Notice of Intent *pro se.* On March 4, 2015, he filed a Prisoner Complaint pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983.

On March 8, 2015 Magistrate Judge Gordon P. Gallagher reviewed Mr. Cary-Sadler's Prisoner Complaint and determined that it was deficient. Magistrate Judge Gallagher advised Mr. Cary-Sadler that he needed to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Magistrate Judge Gallagher also instructed Mr. Cary-Sadler to allege the personal participation of each named Defendant. Accordingly, Magistrate Judge Gallagher ordered Mr. Cary-Sadler to file an amended Prisoner Complaint and warned him in the March 8, 2015 Order that failure to file an amended complaint may result in dismissal of this action without further notice.

No further pleadings have been filed in this action. Mr. Cary-Sadler has now failed to file an amended prisoner complaint in compliance with the March 8, 2015 Order. Accordingly, it is

**ORDERED** that this action is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff to comply with the March 8, 2015 Order directing Plaintiff to file an Amended Complaint and for failure to prosecute. It is

**FURTHER ORDERED** that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Cary-Sadler files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED at Denver, Colorado this   10th   day of    April   , 2015.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court